UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

ALICE V. JONES

No. 2:25-cr-2-25-cr-00095-JAW

# INDICTMENT

The Grand Jury charges:

## COUNT ONE

On about May 10, 2025, in the District of Maine and elsewhere, the defendant,

**ALICE V. JONES**

did threaten to assault and murder Victim 1, a Supervisory Agent of the United States Border Patrol and Federal law enforcement officer, with intent to retaliate against Victim 1 on account of the performance of his official duties.

All in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT TWO
### (Threatening Interstate Communication)

On about May 10, 2025, in the District of Maine and elsewhere, the defendant,

**ALICE V. JONES**

did knowingly, willfully, and recklessly transmit in interstate commerce a telephone call to Victim 1 containing a threat to injure Victim 1, specifically to murder and assault Victim 1.

All in violation of Title 18, United States Code, Section 875(c).

1

## COUNT THREE
### (Anonymous Telecommunications Harassment)

On about May 10, 2025, in the District of Maine and elsewhere, the defendant,

### ALICE V. JONES

made a telephone call and utilized a telecommunications device, without disclosing her identity, with intent to abuse, threaten, and harass Victim 1, who received the communication.

All in violation of Title 47, United States Code, Section 223(a)(1)(C).

## COUNT FOUR
### (Threatening Interstate Communication)

On about May 11, 2025, in the District of Maine and elsewhere, the defendant,

### ALICE V. JONES

did knowingly, willfully, and recklessly transmit in interstate commerce a telephone call to Victim 2 containing a threat to injure Victim 2, specifically, to murder and assault Victim 2.

All in violation of Title 18, United States Code, Section 875(c).

## COUNT FIVE
### (Anonymous Telecommunications Harassment)

On about May 11, 2025, in the District of Maine and elsewhere, the defendant,

### ALICE V. JONES

made a telephone call and utilized a telecommunications device, without disclosing her identity, with intent to abuse, threaten, and harass Victim 2, who received the communication.

All in violation of Title 47, United States Code, Section 223(a)(1)(C).

A TRUE BILL.

Signature Redacted – Original on file with the Clerk's Office

---
GRAND JURY FOREPERSON

_____
Assistant United States Attorney
Dated: JUNE 17, 2025